**Opinion issued July 9, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00119-CV

_____

**KINGWOOD DIAMOND, INC., OBAID UDDIN, AND OHK GLOBAL, INC., Appellants**

**V.**

**LONESTAR PETROLEUM, L.P., Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-27229**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 26, 2026.  Appellants

Kingwood Diamond, Inc., Obaid Uddin, and OHK Global, Inc. have not paid the fee

for the clerk's record.  *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if

no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T CODE

§§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No.24-9047 (Tex. July 26, 2024.

Appellants failed to respond to our notice of April 27, 2026 concerning non-payment for clerk's record, which advised appellants that, should they not pay or make payment arrangements for the fee for the clerk's record or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Response to our notice was due by May 21, 2026 and appellants have not responded.

We dismiss the appeal. *See* TEX. R. APP. P. 42.3, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.